**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE ELIZABETH A. KOVACHEVICH**

| CASE NO.: 8:17-cr-46-T-17AEP | DATE: March 9, 2018 |
|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEPHEN KENNETH LORE** | **GOVERNMENT COUNSEL**<br>Natalie Hirt Adams<br><br>Frank Zaremba, AFPD |
| **COURT REPORTER:** Nikki Peters | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 2:20 – 3:02 p.m. | **COURTROOM:** 14A |
| **TOTAL:** 42 min. | **PROBATION** Gail Stafford for Jennifer Garstka |

**CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES**

Defendant is adjudged guilty on Count Two of the Indictment.

Imprisonment: **ONE HUNDRED and EIGHTY-EIGHT (188) MONTHS** with credit for time served as calculated by the Bureau of Prisons.

The Court recommends to the Bureau of Prisons:

1. 1st choice of incarceration – FCI Rochester, NY
2. 2nd choice of incarceration – FCI Springfield, MO
3. 3rd choice of incarceration – FCI Jesup, GA
4. Defendant has metal plate in skull due to previous incident; has seizure disorders, previous suicide attempts, and other medical problems. Complete medical workup including psychological profile. See PSR medical information.
5. 500 hour RDAP substance abuse program.
6. Vocational education in electrical trade, welding, HVAC, refrigeration, plumbing, mechanics, small business administration and computers related to trades.
7. Counseling regarding interpersonal relationships and better selection of associates.

Supervised Release: **FIVE (5) YEARS**

Fine is waived.

Special Assessment: $100.00 - To be paid immediately.

Special conditions of supervised release:

- Defendant shall participate in a **substance abuse program** (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  During and upon the completion of this program, defendant is directed to submit to random drug testing.

- The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

- The defendant shall submit to a search of your person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation.  You shall inform any other residents that the premises may be subject to a search pursuant to this condition.

- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

- The mandatory drug testing provisions pursuant to the Violent Crime Control Act are imposed.  The Court orders random drug testing not to exceed 104 tests per year.

Counts One and Three are dismissed on government's motion.

Defendant is remanded to the custody of the U.S. Marshal to await designation by the Bureau of Prisons.

Defendant's oral motion for a 2 level downward variance is DENIED.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 31 |
| Criminal History Category: | VI |
| Imprisonment Range | 188 - 235 months |
| Supervised Release Range | 5 years |
| Fine Range | $30,000 - $10,000,000 |
| Special Assessment | $100.00 |